IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
MCALLEN DIVISION

| | | |
|---|---|---|
| ELOISA VELA AND ELEAZAR VELA | § § § | |
| Plaintiffs, | § § | |
| vs. | § § | CIVIL ACTION NO. 7:22-CV-00364 |
| CARRINGTON MORTGAGE SERVICES, LLC, | § § § § | |
| Defendant | § § | |

### PROPOSED STIPULATION OF DISMISSAL WITH PREJUDICE

Defendant Carrington Mortgage Services, LLC ("Carrington") respectfully files this Proposed Stipulation of Dismissal,[1] and show as follows:

The Defendants are the only named defendants to have been served in the case. Pursuant to F.R.C.P. 41, the Parties stipulate to dismissal of the case with prejudice and request an order of dismissal be entered consistent with this stipulation.

Respectfully submitted,



By: /s/ Gabriella E. Alonso
**JON H. PATTERSON**
Texas Bar No. 24077588
jpatterson@bradley.com
Bradley Arant Boult Cummings LLP
1819 Fifth Avenue North
Birmingham, Alabama 35203-2104
Telephone: (205) 521-8403
Fax:(205) 488-6403

---

[1] At the January 4, 2023 status conference before the Court, counsel for Plaintiffs represented that Plaintiffs would dismiss this matter. Counsel for Carrington subsequently attempted to contact counsel for Plaintiffs multiple times via email for Plaintiffs' consent to this filing. Counsel for Plaintiffs was unresponsive. Therefore, Carrington submits his Proposed Stipulation of Dismissal without Plaintiffs' counsel's signature.

1

>GABRIELLA E. ALONSO
>Texas Bar No. 24113527
>Fed. I.D. No. 3427194
>galonso@bradley.com
>600 Travis Street, Suite 5600
>Houston, Texas 77002
>(713) 576-0300 Telephone
>(713) 576-0301 Telecopier
>***ATTORNEYS FOR DEFENDANT CARRINGTON MORTGAGE SERVICES, LLC***

## CERTIFICATE OF SERVICE

I certify that on this 6th day of February 2023, I electronically filed the foregoing with the Clerk of Court by using the CM/ECF system. I further certify that a true and correct copy of the foregoing has been served on all counsel of record as follows:

*Via CM/ECF and e-mail:*
Itzel Martinez-Santos
*itzel@martinezlawtx.com*
The Law Offices of Martinez & Martinez, PLLC
310 S. St. Mary's St. Ste. 980
San Antonio, Texas 78205
***Attorney for Plaintiffs***

>     */s/ Gabriella E. Alonso*
>    Gabriella E. Alonso

4894-9557-1532.2